

**THOMAS J. CATLIOTA**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
|    **DEBORAH S. HOLMES** | : | Case No. 12-29295-TJC |
| | : | **Chapter 7** |
|    **Debtor** | : | |
| _____ | : | |
| **DEBORAH S. HOLMES** | : | |
| **3003 Westbrook Lane** | : | |
| **Bowie, MD 20721** | : | |
| | : | |
|    **Movant** | : | |
| | : | |
|   vs. | : | |
| | : | |
| **RITZ CARLTON DESTINATION** | : | |
|   **CLUB** | : | |
| **P.O. Box 150** | : | |
| **Scottsdale, AZ 85252** | : | |
| | : | |
| **and** | : | |
| | : | |
| **RITZ CARLTON DESTINATION** | : | |
|   **CLUB** | : | |
| **c/o Jeffrey M. Lippman, Esq.** | : | |
| **4 Reservoir Circle, 2nd Floor** | : | |
| **Baltimore, MD 21208** | : | |
| | : | |
| **and** | : | |
| | : | |

|  |  |
|---|---|
| **RITZ CARLTON DESTINATION** | **:** |
| **CLUB** | **:** |
| **c/o Corporate Creations Network** | **:** |
| **2 Wisconsin Circle, #700** | **:** |
| **Chevy Chase, MD 20815** | **:** |
|  | **:** |
| **Respondents** | **:** |

### ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON 3003 WESTBROOK LANE, BOWIE, MD 20721

Having considered Debtor's Motion to Avoid Lien, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. § 522 and for the reasons set forth herein, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the claim of Respondent, Ritz Carlton Destination Club, be and the same is rendered wholly unsecured and any lien on the real property known as 3003 Westbrook Lane, Bowie, Prince George's County, MD 20721 is null and avoided.

cc: Trustee
    Debtor(s)
    Debtor(s)' Attorney
    Respondents
    U.S. Trustee

**END OF ORDER**